UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JERRY MATTHEWS, | ) | |
|        Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. CIV 14-72-KEW |
| | ) | |
| WEST ASSET MANAGEMENT, INC., | ) | |
|        Defendant(s). | ) | |

ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE
AND FOR JOINT STATUS REPORT

      This case is set for Scheduling Conference on   April 30, 2014   at   1:45 p.m.   before   U. S. Magistrate Judge Kimberly E. West  . **The Scheduling Conference will be conducted by telephonic conference call, unless the parties request an in-person conference in writing. The Court will initiate the call at the designated time.**

      Pursuant to Fed.R.Civ.P 26(f), the parties are to confer as soon as practicable but not less than 14 days prior to the Scheduling Conference. The parties are directed to prepare and file with the Court a Joint Status Report on or before  April 24, 2014  . Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

      IT IS SO ORDERED this 14th of March, 2014.

Kimberly E. West
United States Magistrate Judge
Eastern District of Oklahoma